**In re Burton SALK.**

**No. 84–337–M.P.**

Supreme Court of Rhode Island.

Dec. 19, 1984.

ORDER

The petition of Burton Salk for reinstatement to the practice of law filed pursuant to Supreme Court Rule 42–16 is hereby granted.

